# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

### Before the Honorable Carmen E. Garza
### United States Magistrate Judge

### Clerk's Minutes

### Rio Grande Foundation v. City of Santa Fe, New Mexico, et al.

### CV 17-768 JCH/CG

### December 19, 2017

---

Attorney for Plaintiff:     Matthew R. Miller

Attorney for Defendant:     Marcus D. Martinez


Proceedings:     Telephonic Status Conference

The parties are proceeding into discovery after attempting to resolve the issues. The parties do not believe a settlement conference would be productive. The Court set a follow-up status conference for Tuesday, February 20, 2018, at 2:30 p.m.


Clerk:   jrt
        2:00 – 2:04 p.m.