IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO GRANDE FOUNDATION,

    Plaintiff,

v.                                    CV No. 17-768 JCH/CG

CITY OF SANTA FE, NEW MEXICO, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On December 19, 2017, the Court set a Telephonic Status Conference for February 20, 2018, at 2:30 p.m. (Doc. 21). Defendants failed to appear at the hearing.

**IT IS THEREFORE ORDERED** that Defendants shall show cause in writing why costs and attorneys' fees should not be awarded to Plaintiff for Defendants' failure to timely attend the telephonic status conference by **March 6, 2018.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE