IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO GRANDE FOUNDATION,

        Plaintiff,

vs.                                     Case No. 1:17-cv-00768-JCH-CG

CITY OF SANTA FE, NEW MEXICO; AND
CITY OF SANTA FE ETHICS AND
CAMPAIGN REVIEW BOARD,

        Defendants

**THE CITY OF SANTA FE'S REPSONSE**
**TO THE COURT'S ORDER TO SHOW CAUSE**

        Comes now, the City of Santa Fe ("City"), by and through its attorney of record, Marcos D. Martínez, and hereby responds to the Court's Order to Show Cause (Doc. 23). On December 19, 2017 the Court set a Telephonic Status Conference for February 20, 2018 at 230 p.m. (Doc. 21). The City, represented by Marcos D. Martinez, failed to timely attend the status conference. The City has no adequate excuse for missing the Status Conference set by the Court. I will state that, although my paralegal did not calendar the event, the responsibility for missing the status conference is mine.

        I respectfully request that the Court not award costs and attorney's fees to the Plaintiff for my unfortunate error. In no way did I intend to offend the Court nor the Plaintiff in this matter. The City certainly recognizes the valuable time of the Honorable Judge Garza and, for myself, can only express my sincere regret at my failure.

Respectfully submitted,

KELLEY BRENNAN, CITY ATTORNEY
CITY OF SANTA FE, NEW MEXICO

By:   /s/ Marcos D. Martínez
      Marcos D. Martínez
      Assistant City Attorney
      City of Santa Fe
      200 Lincoln Avenue
      P.O. Box 909
      Santa Fe, New Mexico 87504-0909
      Telephone: (505) 955-6967
      Facsimile: (505) 955-6748
      Email: mdmartinez@ci.santa-fe.nm.us

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served through the PACER system on the date of acceptance for filing.

*Electronically filed on February 20, 2018*

/s/ Marcos D. Martínez
Marcos D. Martínez