IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO GRANDE FOUNDATION,

      Plaintiff,

v.                                                    CV No. 17-768 JCH/CG

CITY OF SANTA FE, NEW MEXICO, et al.,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 23), and Defendant's *Response to the Court's Order to Show Cause*, (Doc. 24), both filed February 20, 2018. The Court ordered Defendant to show cause why the Court should not award Plaintiff costs and attorney's fees for Defendant's failure to attend the telephonic status conference scheduled for February 20. (Doc. 23). In its Response, Defendant explains the conference was inadvertently not calendared. (Doc. 24).

      **IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 23), is **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE