# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza**
**Chief United States Magistrate Judge**

**Clerk's Minutes**

**Rio Grande Foundation v. City of Santa Fe, New Mexico, et al.**

**CV 17-768 JCH/CG**

**March 8, 2018**

---

Attorney for Plaintiff:     Jonathan Riches

Attorney for Defendant:     Marcus D. Martinez


Proceedings:     Telephonic Status Conference

The parties stated they are proceeding through discovery and are preparing to file dispositive motions by the May 10, 2018 deadline. The parties do not require assistance from the Court at this point and will contact the Court if they do.


Clerk:  jrt
        3:00 – 3:04 p.m.