# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RIO GRANDE FOUNDATION,

    Plaintiff,

v.                                                               CV No. 17-768 JCH/CG

CITY OF SANTA FE, NEW MEXICO, et al.,

    Defendants.

## AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, January 21, 2020, at 3:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE