# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RIO GRANDE FOUNDATION,

    Plaintiff,

v.                                                                  CV No. 17-768 JCH/CG

CITY OF SANTA FE, NEW MEXICO, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. In light of the presiding Judge's Order, (Doc. 60), explaining the Court is close to resolving the motions for summary judgment, the Court will similarly vacate the status conference scheduled for January 21, 2020 at 3:00 p.m. The Court will reset the status conference, if necessary, after the motions for summary judgment have been resolved.

**IT IS HEREBY ORDERED** that the status conference scheduled for **Tuesday, January 21, 2020, at 3:00 p.m.** is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE